NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000459**
**21-JUN-2022**
**07:59 AM**
**Dkt. 45 OAWST**

NO. CAAP-20-0000459

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
DAVID THOMAS MOLIAWA LEIALOHA,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO.  5CPC-19-0000018)

ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL
OF THE APPEAL
(By:  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal (**Stipulation for Voluntary Dismissal**), filed June 16, 2022, by Defendant-Appellant David Thomas Moliawa Leialoha (**Leialoha**), it appears that (1) the appeal was docketed on September 14, 2020; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to voluntarily dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes Leialoha's declaration showing he understands the consequences of voluntary dismissal, consistent

with HRAP Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Voluntary Dismissal of the Appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 21, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge